UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

                            Plaintiff,

-against-

Anthony F. Riviezzo

                            Defendant.

------------------------------------------------------------

Case No.: 97 MJ 01726 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 20 day of November, 2020
Poughkeepsie, New York